Civil Action No. 1:21-CV-3263

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Metropolitan Mechanical, Inc.
was received by me on *(date)* 08/11/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alicia Smith, agent at Corporation Service Company , who is
designated by law to accept service of process on behalf of *(name of organization)* Metropolitan Mechanical, Inc.
at 4:05 pm on *(date)* 08/13/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8-16-2021

Server's signature

__Antuan Aguirre - Process Server__
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Rd., Suite 140-384
Atlanta, GA 30342

*Server's address*

Additional information regarding attempted service, etc:

Summons in a Civil Action, Complaint, Instruction for Cases Assigned to The Honorable Eleanor L. Ross, Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement, and Civil Cover Sheet

Address:
2 Sun Court Suite 400
Peachtree Corners, GA 30092




*5139577*