**Exhibit A**

**Declaration of C. Knox Withers**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund, and Terry Newsome, Jr. and Jon Sterling, as Trustees of said Funds,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Metropolitan Mechanical, Inc.**<br><br>Defendant. | Case No.: 1:21-cv-03263-ELR |

**Declaration in Support of Plaintiff's Motion for Entry of Default**

I, C. Knox Withers, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am counsel to Plaintiffs Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund (collectively, "Funds"), and Terry Newsome,

1

Jr. and Jon Sterling, as Trustees of the Funds ("Trustees" and, together with the Funds, "Plaintiffs").

2. Plaintiffs filed their Complaint against Defendant Metropolitan Mechanical, Inc. ("Defendant") on August 11, 2021. (*See, generally,* Complaint.)

3. As reflected on the Proof of Service, on August 13, 2021, at 4:05 p.m., Plaintiffs' process server served Defendant by serving a copy of the Summons and Complaint upon Defendant's registered agent, Corporation Service Company, pursuant to O.C.G.A. §§ 9-11-4(e)(1) and 14-11-209(f) and Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(A). (*See* Proof of Service, filed August 17, 2021.)

4. Plaintiffs filed proof of service with the Court on August 17, 2021. (*Id.*)

5. More than 21 days have passed since Defendant was served, and Defendant has failed to plead or otherwise respond to the Complaint, as provided by Fed. R. Civ. P. 55.

| September 8, 2021. | ARNALL GOLDEN GREGORY LLP |
|---|---|
| | */s/ C. Knox Withers* |
| | C. Knox Withers, Declarant |
| | Georgia Bar No. 142482 |
| | Attorneys for Plaintiffs |

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com