IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund, and Terry Newsome, Jr. and Jon Sterling, as Trustees of said Funds,** | |
| Plaintiffs, | |
| vs. | Case No.: 1:21-cv-03263-ELR |
| **Metropolitan Mechanical, Inc.** | |
| Defendant. | |

**Plaintiff's Motion for Entry of Default Judgment**

Plaintiffs Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund (collectively, "Funds"), and Terry Newsome, Jr. and Jon Sterling, as Trustees of the Funds ("Trustees" and, together with the Funds, "Plaintiffs") respectfully request that the Court enter a default judgment against Defendant Metropolitan Mechanical, Inc. ("Defendant") on the grounds that, following lawful service of process, Defendant has failed to plead or otherwise

1

respond to Plaintiffs' Complaint, as provided in Fed. R. Civ. P. 55, and the Clerk of Court has already entered default against Defendant. In support of their motion, Plaintiffs rely upon the accompanying memorandum of law and the declarations of Nicole Firestone and C. Knox Withers.

January 7, 2022.  Respectfully Submitted,

ARNALL GOLDEN GREGORY LLP

*/s/ C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482

Attorneys for Plaintiffs

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com

## Certificate of Service

I certify that, on this date, I served Defendant with a copy of the foregoing **Plaintiffs' Motion for Entry of Default Judgment** by electronic filing and by U.S. Mail addressed as follows:

>Howard P. Slomka
>Howard Slomka P.C.
>6400 Powers Ferry Road, N.W.
>Suite 391
>Atlanta, Georgia 30339

January 7, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482

Attorneys for Plaintiffs

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com