IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund, and Terry Newsome, Jr. and Jon Sterling, as Trustees of said Funds,** | |
| Plaintiffs, | |
| vs. | Case No.: 1:21-cv-03263-ELR |
| **Metropolitan Mechanical, Inc.,** | |
| Defendant. | |

**Declaration of C. Knox Withers**

I, C. Knox Withers, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney licensed to practice law in the State of Georgia.

2.      I am a partner with the law firm of Arnall Golden Gregory LLP ("AGG") in Atlanta, Georgia, and I have been practicing law since 2005.

3.      I represent Plaintiffs Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare

Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund (collectively, "Funds"), and Terry Newsome Jr. and Jon Sterling, as Trustees of the Funds ("Trustees" and, together with the Funds, "Plaintiffs") in the above captioned litigation currently pending before this Court.

4.     This affidavit is submitted in support of Plaintiffs' Motion for Default Judgment against Defendant Metropolitan Mechanical, Inc. ("Defendant").

5.     The documents attached hereto as Exhibit 1 are true and correct copies of invoices reflecting the attorney's fees incurred through November 30, 2021, by the Funds in this litigation. The documents reflect the amounts actually charged by AGG to the Funds in connection with this litigation.

6.     The reasonable and necessary fees and expenses incurred by the Funds for the legal services performed by AGG in connection with this litigation for the time period from August 1, 2021, through October 31, 2021, are 6,328.23.[1] AGG has spent additional time preparing, researching, and filing the Motion for Default Judgment and this Affidavit, which is not included in the amount stated above.

---

[1]     At Plaintiffs' request, AGG split the attorney's fees incurred between the Funds and remitted invoices to each Fund for each billing period.

7.     AGG billed Plaintiffs for professional services on an hourly basis.

8.     As a partner in AGG, I am familiar with its business records and procedures relating to the billing of its professional staff's time for services and related expenses to clients, and I have access to and routinely work with these records as part of my responsibilities for AGG. In connection with the filing of Plaintiffs' Motion for Default Judgment, I reviewed all of the invoices included in Exhibit 1.

9.     In the regular course of its business, AGG has timekeepers, typically lawyers and paraprofessionals, record their time on the day such services are provided or within a reasonable time thereafter.  During the time period at issue, such recordation of the time spent and the services rendered on this matter was made by all timekeepers at least weekly, and such time is entered into AGG's billing system at that time.  These timekeepers record their time in 1/10 hour increments.  The preparation of such time records, the weekly entry of such time into AGG's client billing system, and the generation of client invoices from the time records are all tasks which are done in the regular course of AGG's business operations.  Further, the time records and invoices are business records prepared and utilized by AGG and me in the ordinary course of our business operations, and AGG and I are in the business of relying on such business records as part of the operation of our professional practice.

10.     I have been actively involved in this litigation since the time the Complaint was filed.  Based on my participation in the case and my supervisory efforts on the matter, I cooperated and coordinated with the other AGG attorneys and paralegals working on this matter, such that I am extremely familiar with the services they performed.   More specifically, I participated in the planning, supervision, and execution of the efforts undertaken by AGG attorneys and paralegals in connection with the work reflected on the invoices contained in Exhibit 1.

11.     During the referenced period of time, the billing rates for the timekeepers on this matter ranged from $280.00 per hour for paralegal time to $595.00 per hour for partner time.  Specifically, the hourly rate ranges for the primary timekeepers on this matter for AGG during the time frame at issue are as follows: C. Knox Withers, $595.00; Jeffrey D. Gordon, $475.00; and Rebecca S. Snyder, $280.00.

12.     I am familiar with the work required to pursue the claims Plaintiffs asserted in this litigation.  Based on my personal supervision of AGG's work on the case, and my review of AGG's business records reflecting the work performed and the expenses incurred in connection with the defense of this Action, AGG's reasonable and necessary work includes, but is not limited to:

    a.     The preparation and drafting of Plaintiffs' Complaint;

b.     Serving Defendant with a summons and the Complaint;

c.     Review and analysis of legal authority and documents relevant to the applicable facts and to the claims in this litigation;

d.     Researching and preparing Plaintiffs' Request for Entry of Default;

e.     Responding to Defendant's Motion to Vacate Entry of Default; and

f.     Researching and preparing Plaintiffs' Second Request for Entry of Default and Motion for Default Judgment and other supporting materials necessary for same.

13.     I have significant personal experience handling and monitoring cases with legal and factual complexities comparable to the instant case. I have represented numerous parties in connection with various types of civil litigation.

14.     In my practice, I have had the opportunity to observe, on a continuing basis, the fees actually charged by attorneys in the area for litigation involving claims similar in complexity to those asserted in this case. Based on my experience and observation, AGG's hourly rates claimed herein are within the market range charged for work by attorneys of comparable experience and background on similar matters and are, therefore, reasonable.

15.     All of the time for service and the amounts billed for expenditures was reasonable and necessary to pursue Plaintiffs' claims. Based on my legal experience and my personal knowledge of the services rendered, the time

expended was reasonable in relation to the tasks undertaken, and the tasks were reasonably necessary to pursue Plaintiffs' claims.

December 20, 2021.

C. Knox Withers, Declarant

# EXHIBIT 1

# TO WITHERS AFFIDAVIT



**Arnall Golden Gregory** LLP

Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund
Attn: Karin Peters
2010 N.W. 150th Avenue
Suite 100
Pembroke Pines, FL 33028

September 14, 2021
Invoice #841295
Jeffrey D. Gordon

For Legal Services Rendered In Connection With:

**Client/Matter #35001-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/09/21 | C. Withers | 0.20 | SPLIT WITH 35002.7, 35003.4, AND 35048.8 - Review background documents; draft complaint |
| 08/10/21 | C. Withers | 0.20 | Revise draft complaint; finalize same for filing |
| 08/10/21 | R. Snyder | 0.10 | Communications with K. Withers, S. Samuels regarding new complaint, Certificate of Interested Person and Corporate Disclosure Statement; draft Summons, civil cover sheet; related communications with team |
| 08/11/21 | C. Withers | 0.40 | Work on summons and civil cover sheet; draft certificate of interested persons and corporate disclosure statement; draft correspondence to Secretaries of Labor and Treasury regarding complaint; follow-up work regarding same |
| 08/11/21 | R. Snyder | 0.20 | Finalize and prepare for entry with court Complaint, Summons, civil cover sheet, Certificate of Interested Persons; communications with K. Withers, S. Samuels regarding filing, service of same |
| 08/17/21 | C. Withers | 0.20 | SPLIT WITH 35002.7, 35003.4, AND 35048.8 - File affidavit of service |
| 08/27/21 | C. Withers | 0.20 | File leave of absence |

**Total Hours**      **1.50**

**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**

**Client/Matter #35001-7**

September 14, 2021
Invoice #841295
Jeffrey D. Gordon
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | |
|------|-----------|-------|-------------|---|
| | | | **Total For Services** | **$798.00** |

**EXPENSES:**

| | |
|---|---|
| VENDOR: SunTrust Bankcard, N.A.; INVOICE#: PCARD-8/12/2021; DATE: 8/13/2021.  Georgia Northern District Court on 8/11/21. | 100.50 |
| VENDOR: Express Legal Services LLC INVOICE#: 15271 DATE: 8/26/2021<br>Service for Metropolitan Mechanical Inc. - Atlanta Plumbers | 50.00 |
| **Total Expenses** | **$150.50** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | $798.00 | $150.50 | $948.50 |
| Total Balance Due: | $798.00 | $150.50 | $948.50 |
| **Total This Statement** | | | **$948.50** |

### Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|-------------|-----------------|-------------|
| Snyder, Rebecca S. | 0.30 | $280.00 | $84.00 |
| Withers, C. Knox | 1.20 | $595.00 | $714.00 |
| **Total All Attorneys** | **1.50** | | **$798.00** |



**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**     September 14, 2021
**Attn: Karin Peters**                                                       Invoice #841295
**2010 N.W. 150th Avenue**                                                   **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of September 14, 2021 in connection with:**

**Client   - #35001 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 841295 | 09/14/21 | $948.50 | ($0.00) | $948.50 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                         **$948.50**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

---

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                        **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                       **Phone: 404-873-8500**
**171 17th Street, NW**                              **Fax: 404-873-8501**
**Suite 2100**                                       **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number\***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35001-7/841295** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

| | |
|---|---|
| Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund | October 8, 2021 |
| Attn: Karin Peters | Invoice #843742 |
| 2010 N.W. 150th Avenue | Jeffrey D. Gordon |
| Suite 100 | |
| Pembroke Pines, FL 33028 | |

For Legal Services Rendered In Connection With:

**Client/Matter #35001-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/06/21 | C. Withers | 0.10 | Begin drafting motion for entry of default |
| 09/07/21 | C. Withers | 0.50 | SPLIT WITH 35002.7, 35003.4, AND 35048.8 -Continue drafting motion for entry of judgment |
| 09/08/21 | R. Snyder | 0.20 | Finalize and prepare for entry with court Motion for Entry of Default, Withers Declaration, and Proposed Entry of Default; related communications with K. Withers |
| 09/08/21 | J. Gordon | 0.10 | Conference with Knox Withers; phone calls to Harris Hutto and NEBA re: service of process issue |
| 09/14/21 | C. Withers | 0.20 | Continue drafting motion for entry of judgment |
| 09/17/21 | C. Withers | 0.20 | Draft response to motion to vacate default |

| | |
|---|---|
| **Total Hours** | **1.30** |
| **Total For Services** | **$698.50** |

**EXPENSES:**

| | |
|---|---|
| POSTAGE | 0.73 |
| **Total Expenses** | **$0.73** |

**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**

**Client/Matter #35001-7**

**October 8, 2021**
**Invoice #843742**
**Jeffrey D. Gordon**
**Page 2**

|  | **Fees** | **Disbursements** | **Total** |
|---|---|---|---|
| CURRENT CHARGES: | $698.50 | $0.73 | $699.23 |
| Total Balance Due: | $698.50 | $0.73 | $699.23 |
|  |  | **Total This Statement** | **$699.23** |

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Snyder, Rebecca S. | 0.20 | $280.00 | $56.00 |
| Gordon, Jeffrey D. | 0.10 | $475.00 | $47.50 |
| Withers, C. Knox | 1.00 | $595.00 | $595.00 |
| **Total All Attorneys** | **1.30** |  | **$698.50** |



**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**          **October 8, 2021**
**Attn: Karin Peters**                                                          **Invoice #843742**
**2010 N.W. 150th Avenue**                                                      **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of October 8, 2021 in connection with:**

**Client   - #35001 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 843742 | 10/08/21 | $699.23 | ($0.00) | $699.23 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                $699.23

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                          **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                        **Phone: 404-873-8500**
**171 17th Street, NW**                               **Fax: 404-873-8501**
**Suite 2100**                                        **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number\***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35001-7/843742** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**    **November 4, 2021**
**Attn: Karin Peters**    **Invoice #846094**
**2010 N.W. 150th Avenue**    **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

For Legal Services Rendered In Connection With:

**Client/Matter #35001-7**
**Metropolitan Mechanical, Inc.**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 10/04/21 | J. Gordon | 0.50 | Conference with Knox Withers regarding Metropolitan Mechanical; conference with Trustees regarding default judgment; legal research |
| 10/05/21 | C. Withers | 0.20 | SPLIT WITH 35002.7, 35003.4, AND 35048.8 - Analysis of Court's order setting aside default and requiring Defendant to answer and deposit $40,000 into the Court's registry by October 19, 2021 |

**Total Hours**    **0.70**

**Total For Services**    **$356.50**

| | **<u>Fees</u>** | **<u>Disbursements</u>** | **<u>Total</u>** |
|---|---|---|---|
| CURRENT CHARGES: | $356.50 | $0.00 | $356.50 |
| Total Balance Due: | $356.50 | $0.00 | $356.50 |

**Total This Statement**    **$356.50**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**

**Client/Matter #35001-7**

**November 4, 2021**
**Invoice #846094**
**Jeffrey D. Gordon**
**Page 2**

---

**Attorney and Paralegal Summary**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.50 | $475.00 | $237.50 |
| Withers, C. Knox | 0.20 | $595.00 | $119.00 |
| **Total All Attorneys** | **0.70** | | **$356.50** |


**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund** | **November 4, 2021** |
| **Attn: Karin Peters** | **Invoice #846094** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

**Invoices Due as of November 4, 2021 in connection with:**

**Client   - #35001 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 846094 | 11/04/21 | $356.50 | ($0.00) | $356.50 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                        **$356.50**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

---

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

| | |
|---|---|
| **Remit Check Payments to:** | **For Billing Inquires:** |
| **Arnall Golden Gregory, LLP** | **Phone: 404-873-8500** |
| **171 17th Street, NW** | **Fax: 404-873-8501** |
| **Suite 2100** | **Email: creditremit@agg.com** |
| **Atlanta, GA 30363** | |

**ACH / Wire Instructions:**

| | |
|---|---|
| Name of our bank: | Truist Bank, Atlanta |
| **ABA Bank Routing Number***: | **061000104** |
| Name of Account to be credited: | Arnall Golden Gregory LLP |
| **Account Number to be credited:** | **1000095973839** |
| **Reference client name and/or number:** | **35001-7/846094** |

**\*For International wires; SWIFT Code: SNTRUS3A**

---

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund** | **December 7, 2021** |
| **Attn: Karin Peters** | **Invoice #849361** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35001-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 11/08/21 | C. Withers | 0.20 | Draft and file second motion for entry of default judgment |

| | | |
|---|---|---|
| | **Total Hours** | **0.20** |
| | **Total For Services** | **$119.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $119.00 | $0.00 | $119.00 |
| Total Balance Due: | $119.00 | $0.00 | $119.00 |

| | |
|---|---|
| **Total This Statement** | **$119.00** |

### Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Withers, C. Knox | 0.20 | $595.00 | $119.00 |
| **Total All Attorneys** | **0.20** | | **$119.00** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**

**Client/Matter #35001-7**

**December 7, 2021**
**Invoice #849361**
**Jeffrey D. Gordon**
**Page 2**



**Atlanta Plumbers and Steamfitters Local 72 Health and Welfare Fund**      December 7, 2021
**Attn: Karin Peters**                                                      **Invoice #849361**
**2010 N.W. 150th Avenue**                                                  **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of December 7, 2021 in connection with:**

Client   - #35001 - Atlanta Plumbers and Steamfitters Local
Matter - #7 - Metropolitan Mechanical, Inc.

| Invoice No. | Date | Amount Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 849361 | 12/07/21 | $119.00 | ($0.00) | $119.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                            **$119.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                          **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                        **Phone: 404-873-8500**
**171 17th Street, NW**                               **Fax: 404-873-8501**
**Suite 2100**                                        **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35001-7/849361** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**


**Arnall Golden Gregory** LLP

| | | | |
|---|---|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Pension Fund** | | | **September 14, 2021** |
| Attn: Karin Peters | | | **Invoice #841296** |
| 2010 N.W. 150th Avenue | | | **Jeffrey D. Gordon** |
| Suite 100 | | | |
| Pembroke Pines, FL 33028 | | | |

For Legal Services Rendered In Connection With:

**Client/Matter #35002-7**
**Metropolitan Mechanical, Inc.**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 08/09/21 | C. Withers | 0.20 | Review background documents; draft complaint |
| 08/10/21 | C. Withers | 0.10 | Revise draft complaint; finalize same for filing |
| 08/10/21 | R. Snyder | 0.10 | Communications with K. Withers, S. Samuels regarding new complaint, Certificate of Interested Person and Corporate Disclosure Statement; draft Summons, civil cover sheet; related communications with team |
| 08/11/21 | R. Snyder | 0.20 | Finalize and prepare for entry with court Complaint, Summons, civil cover sheet, Certificate of Interested Persons; communications with K. Withers, S. Samuels regarding filing, service of same |
| 08/11/21 | C. Withers | 0.40 | Work on summons and civil cover sheet; draft certificate of interested persons and corporate disclosure statement; draft correspondence to Secretaries of Labor and Treasury regarding complaint; follow-up work regarding same |
| 08/17/21 | C. Withers | 0.10 | File affidavit of service |
| 08/27/21 | C. Withers | 0.20 | File leave of absence |

**Total Hours**     **1.30**

**Total For Services**     **$679.00**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**

**Client/Matter #35002-7**

**September 14, 2021**
**Invoice #841296**
**Jeffrey D. Gordon**
**Page 2**

**EXPENSES:**

| | |
|---|---:|
| VENDOR: SunTrust Bankcard, N.A.; INVOICE#: PCARD-8/12/2021; DATE: 8/13/2021.   Georgia Northern District Court on 8/11/21. | 100.50 |

| | |
|---|---:|
| **Total Expenses** | **$100.50** |

| | Fees | Disbursements | Total |
|---|---:|---:|---:|
| CURRENT CHARGES: | $679.00 | $100.50 | $779.50 |
| Total Balance Due: | $679.00 | $100.50 | $779.50 |
| | | **Total This Statement** | **$779.50** |

### Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| Snyder, Rebecca S. | 0.30 | $280.00 | $84.00 |
| Withers, C. Knox | 1.00 | $595.00 | $595.00 |
| **Total All Attorneys** | **1.30** | | **$679.00** |



**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**          September 14, 2021
**Attn:  Karin Peters**          **Invoice #841296**
**2010 N.W. 150th Avenue**          **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of September 14, 2021 in connection with:**

**Client   - #35002 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 841296 | 09/14/21 | $779.50 | ($0.00) | $779.50 |

**TOTAL AMOUNT DUE FOR THIS MATTER**          $779.50

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**          **For Billing Inquires:**
**Arnall Golden Gregory, LLP**          **Phone: 404-873-8500**
**171 17th Street, NW**          **Fax: 404-873-8501**
**Suite 2100**          **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**
**Name of our bank**:          Truist Bank, Atlanta
**ABA Bank Routing Number\***:          **061000104**
**Name of Account to be credited**:          Arnall Golden Gregory LLP
**Account Number to be credited**:          **1000095973839**
**Reference client name and/or number**:          **35002-7/841296**

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Pension Fund** | **October 8, 2021** |
| **Attn:  Karin Peters** | **Invoice #843741** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35002-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/08/21 | J. Gordon | 0.10 | Conference with Knox Withers; phone calls to Harris Hutto and NEBA re: service of process issue |
| 09/14/21 | C. Withers | 0.10 | Follow up work on Defendant's default and motion to vacate same |
| 09/17/21 | C. Withers | 0.20 | Draft response to motion to vacate default |

|  |  |
|---|---|
| **Total Hours** | **0.40** |
| **Total For Services** | **$226.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $226.00 | $0.00 | $226.00 |
| Total Balance Due: | $226.00 | $0.00 | $226.00 |
| | | **Total This Statement** | **$226.00** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone:  404.873.8500 | Fax: 404.873.8501

**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**

**Client/Matter #35002-7**

**October 8, 2021**
**Invoice #843741**
**Jeffrey D. Gordon**
**Page 2**

**Attorney and Paralegal Summary**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.10 | $475.00 | $47.50 |
| Withers, C. Knox | 0.30 | $595.00 | $178.50 |
| **Total All Attorneys** | **0.40** | | **$226.00** |



**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**                October 8, 2021
**Attn:  Karin Peters**                                                    Invoice #843741
**2010 N.W. 150th Avenue**                                                 Jeffrey D. Gordon
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of October 8, 2021 in connection with:**

**Client   - #35002 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 843741 | 10/08/21 | $226.00 | ($0.00) | $226.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                       $226.00

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                        **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                       **Phone: 404-873-8500**
**171 17th Street, NW**                              **Fax: 404-873-8501**
**Suite 2100**                                       **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**
Name of our bank:                          Truist Bank, Atlanta
**ABA Bank Routing Number\*:**              **061000104**
Name of Account to be credited:            Arnall Golden Gregory LLP
Account Number to be credited:             **1000095973839**
Reference client name and/or number:       35002-7/843741

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Pension Fund** | **November 4, 2021** |
| **Attn: Karin Peters** | **Invoice #846095** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35002-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 10/04/21 | J. Gordon | 0.50 | Conference with Knox Withers regarding Metropolitan Mechanical; conference with Trustees regarding default judgment; legal research |
| 10/05/21 | C. Withers | 0.10 | Analysis of Court's order setting aside default and requiring Defendant to answer and deposit $40,000 into the Court's registry by October 19, 2021 |

| | |
|---|---|
| **Total Hours** | **0.60** |
| **Total For Services** | **$297.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $297.00 | $0.00 | $297.00 |
| Total Balance Due: | $297.00 | $0.00 | $297.00 |
| **Total This Statement** | | | **$297.00** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**

**Client/Matter #35002-7**

**November 4, 2021**
**Invoice #846095**
**Jeffrey D. Gordon**
**Page 2**

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.50 | $475.00 | $237.50 |
| Withers, C. Knox | 0.10 | $595.00 | $59.50 |
| **Total All Attorneys** | **0.60** |  | **$297.00** |



**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**    November 4, 2021
**Attn:  Karin Peters**    **Invoice #846095**
**2010 N.W. 150th Avenue**    **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of November 4, 2021 in connection with:**

**Client  - #35002 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 846095 | 11/04/21 | $297.00 | ($0.00) | $297.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**    **$297.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**    **For Billing Inquires:**
**Arnall Golden Gregory, LLP**    **Phone: 404-873-8500**
**171 17th Street, NW**    **Fax: 404-873-8501**
**Suite 2100**    **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**
Name of our bank:    Truist Bank, Atlanta
**ABA Bank Routing Number*:**    **061000104**
Name of Account to be credited:    Arnall Golden Gregory LLP
**Account Number to be credited:**    **1000095973839**
**Reference client name and/or number:**    **35002-7/846095**

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**      December 7, 2021
**Attn:  Karin Peters**      Invoice #849363
**2010 N.W. 150th Avenue**      Jeffrey D. Gordon
**Suite 100**
**Pembroke Pines, FL 33028**

For Legal Services Rendered In Connection With:

**Client/Matter #35002-7**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 11/08/21 | C. Withers | 0.20 | Draft and file second motion for entry of default judgment |

|  |  |
|--|--|
| **Total Hours** | **0.20** |
| **Total For Services** | **$119.00** |

|  | Fees | Disbursements | Total |
|--|------|---------------|-------|
| CURRENT CHARGES: | $119.00 | $0.00 | $119.00 |
| Total Balance Due: | $119.00 | $0.00 | $119.00 |
|  |  | **Total This Statement** | **$119.00** |

**Attorney and Paralegal Summary**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|--|--------------|-----------------|-------------|
| Withers, C. Knox | 0.20 | $595.00 | $119.00 |
| **Total All Attorneys** | **0.20** |  | **$119.00** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone:  404.873.8500 | Fax: 404.873.8501



**Atlanta Plumbers and Steamfitters Local 72 Pension Fund**          December 7, 2021
**Attn: Karin Peters**                                              **Invoice #849363**
**2010 N.W. 150th Avenue**                                          **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of December 7, 2021 in connection with:**

**Client  - #35002 - Atlanta Plumbers and Steamfitters Local**
**Matter - #7 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 849363 | 12/07/21 | $119.00 | ($0.00) | $119.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                **$119.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

---

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

| | |
|---|---|
| **Remit Check Payments to:** | **For Billing Inquires:** |
| **Arnall Golden Gregory, LLP** | **Phone: 404-873-8500** |
| **171 17th Street, NW** | **Fax: 404-873-8501** |
| **Suite 2100** | **Email: creditremit@agg.com** |
| **Atlanta, GA 30363** | |

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number\***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35002-7/849363** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

**Plumbers and Steamfitters Local 72 Defined Contribution Fund**                    September 14, 2021
**Attn:  Karin Peters**                                                              Invoice #841297
**2010 N.W. 150th Avenue**                                                           **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

For Legal Services Rendered In Connection With:

**Client/Matter #35003-4**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/09/21 | C. Withers | 0.20 | Review background documents; draft complaint |
| 08/10/21 | C. Withers | 0.10 | Revise draft complaint; finalize same for filing |
| 08/10/21 | R. Snyder | 0.10 | Communications with K. Withers, S. Samuels regarding new complaint, Certificate of Interested Person and Corporate Disclosure Statement; draft Summons, civil cover sheet; related communications with team |
| 08/11/21 | R. Snyder | 0.20 | Finalize and prepare for entry with court Complaint, Summons, civil cover sheet, Certificate of Interested Persons; communications with K. Withers, S. Samuels regarding filing, service of same |
| 08/11/21 | C. Withers | 0.40 | Work on summons and civil cover sheet; draft certificate of interested persons and corporate disclosure statement; draft correspondence to Secretaries of Labor and Treasury regarding complaint; follow-up work regarding same |
| 08/17/21 | C. Withers | 0.10 | File affidavit of service |
| 08/27/21 | C. Withers | 0.10 | File leave of absence |

**Total Hours**                    **1.20**

**Total For Services**             **$619.50**

**Plumbers and Steamfitters Local 72 Defined Contribution Fund**

**Client/Matter #35003-4**

**September 14, 2021**
**Invoice #841297**
**Jeffrey D. Gordon**
**Page 2**

**EXPENSES:**

| | |
|---|---:|
| VENDOR: SunTrust Bankcard, N.A.; INVOICE#: PCARD-8/12/2021; DATE: 8/13/2021.   Georgia Northern District Court on 8/11/21. | 100.50 |

| | |
|---|---:|
| **Total Expenses** | **$100.50** |

| | Fees | Disbursements | Total |
|---|---:|---:|---:|
| CURRENT CHARGES: | $619.50 | $100.50 | $720.00 |
| Total Balance Due: | $619.50 | $100.50 | $720.00 |

| | |
|---|---:|
| **Total This Statement** | **$720.00** |

### Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|:---:|:---:|---:|
| Snyder, Rebecca S. | 0.30 | $280.00 | $84.00 |
| Withers, C. Knox | 0.90 | $595.00 | $535.50 |
| **Total All Attorneys** | **1.20** | | **$619.50** |



**Plumbers and Steamfitters Local 72 Defined Contribution Fund**      September 14, 2021
**Attn:  Karin Peters**      **Invoice #841297**
**2010 N.W. 150th Avenue**      **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of September 14, 2021 in connection with:**

Client   - #35003 - Plumbers and Steamfitters Local 72 Defin
Matter - #4 - Metropolitan Mechanical, Inc.

| Invoice No. | Date | Amount Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 841297 | 09/14/21 | $720.00 | ($0.00) | $720.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**      **$720.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                    **For Billing Inquires:**
**Arnall Golden Gregory, LLP**              **Phone: 404-873-8500**
**171 17th Street, NW**                        **Fax: 404-873-8501**
**Suite 2100**                                        **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**
Name of our bank:                    Truist Bank, Atlanta
**ABA Bank Routing Number\*:**      **061000104**
Name of Account to be credited:      Arnall Golden Gregory LLP
**Account Number to be credited:**      **1000095973839**
**Reference client name and/or number:**      **35003-4/841297**

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Plumbers and Steamfitters Local 72 Defined Contribution Fund** | **October 8, 2021** |
| **Attn: Karin Peters** | **Invoice #843750** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35003-4**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/08/21 | J. Gordon | 0.10 | Conference with Knox Withers; phone calls to Harris Hutto and NEBA re: service of process issue |
| 09/14/21 | C. Withers | 0.10 | Follow up work on Defendant's default and motion to vacate same |
| 09/17/21 | C. Withers | 0.20 | Draft response to motion to vacate default |

|  |  |
|---|---|
| **Total Hours** | **0.40** |
| **Total For Services** | **$226.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $226.00 | $0.00 | $226.00 |
| Total Balance Due: | $226.00 | $0.00 | $226.00 |
| | | **Total This Statement** | **$226.00** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**Plumbers and Steamfitters Local 72 Defined Contribution Fund**

**October 8, 2021**
**Invoice #843750**
**Jeffrey D. Gordon**

Client/Matter #35003-4

**Page 2**

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.10 | $475.00 | $47.50 |
| Withers, C. Knox | 0.30 | $595.00 | $178.50 |
| **Total All Attorneys** | **0.40** |  | **$226.00** |



**Plumbers and Steamfitters Local 72 Defined Contribution Fund**
**Attn: Karin Peters**
**2010 N.W. 150th Avenue**
**Suite 100**
**Pembroke Pines, FL 33028**

**October 8, 2021**
**Invoice #843750**
**Jeffrey D. Gordon**

**Invoices Due as of October 8, 2021 in connection with:**

**Client - #35003 - Plumbers and Steamfitters Local 72 Defin**
**Matter - #4 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 843750 | 10/08/21 | $226.00 | ($0.00) | $226.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**      **$226.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**
**Arnall Golden Gregory, LLP**
**171 17th Street, NW**
**Suite 2100**
**Atlanta, GA 30363**

**For Billing Inquires:**
**Phone: 404-873-8500**
**Fax: 404-873-8501**
**Email: creditremit@agg.com**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35003-4/843750** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

**Plumbers and Steamfitters Local 72 Defined Contribution Fund**
**Attn:  Karin Peters**
**2010 N.W. 150th Avenue**
**Suite 100**
**Pembroke Pines, FL 33028**

**November 4, 2021**
**Invoice #846096**
**Jeffrey D. Gordon**

For Legal Services Rendered In Connection With:

**Client/Matter #35003-4**
**Metropolitan Mechanical, Inc.**

| **DATE** | **TIMEKEEPER** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| 10/04/21 | J. Gordon | 0.50 | Conference with Knox Withers regarding Metropolitan Mechanical; conference with Trustees regarding default judgment; legal research |
| 10/05/21 | C. Withers | 0.10 | Analysis of Court's order setting aside default and requiring Defendant to answer and deposit $40,000 into the Court's registry by October 19, 2021 |

| | |
|---|---|
| **Total Hours** | **0.60** |
| **Total For Services** | **$297.00** |

| | **Fees** | **Disbursements** | **Total** |
|---|---|---|---|
| CURRENT CHARGES: | $297.00 | $0.00 | $297.00 |
| Total Balance Due: | $297.00 | $0.00 | $297.00 |
| **Total This Statement** | | | **$297.00** |

**Plumbers and Steamfitters Local 72 Defined Contribution Fund**

**Client/Matter #35003-4**

**November 4, 2021**
**Invoice #846096**
**Jeffrey D. Gordon**
**Page 2**

## Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.50 | $475.00 | $237.50 |
| Withers, C. Knox | 0.10 | $595.00 | $59.50 |
| **Total All Attorneys** | **0.60** | | **$297.00** |



**Plumbers and Steamfitters Local 72 Defined Contribution Fund**          November 4, 2021
**Attn: Karin Peters**                                                    Invoice #846096
**2010 N.W. 150th Avenue**                                                *Jeffrey D. Gordon*
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of November 4, 2021 in connection with:**

Client   - #35003 - Plumbers and Steamfitters Local 72 Defin
Matter - #4 - Metropolitan Mechanical, Inc.

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|-------------|------|----------------|-----------------|--------------------|
| 846096 | 11/04/21 | $297.00 | ($0.00) | $297.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                           **$297.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                         **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                       **Phone: 404-873-8500**
**171 17th Street, NW**                              **Fax: 404-873-8501**
**Suite 2100**                                       **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35003-4/846096** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Plumbers and Steamfitters Local 72 Defined Contribution Fund** | December 7, 2021 |
| **Attn: Karin Peters** | Invoice #849371 |
| **2010 N.W. 150th Avenue** | Jeffrey D. Gordon |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

**For Legal Services Rendered In Connection With:**

**Client/Matter #35003-4**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 11/08/21 | C. Withers | 0.20 | Draft and file second motion for entry of default judgment |

| | |
|---|---|
| **Total Hours** | **0.20** |
| **Total For Services** | **$119.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $119.00 | $0.00 | $119.00 |
| Total Balance Due: | $119.00 | $0.00 | $119.00 |

| | |
|---|---|
| **Total This Statement** | **$119.00** |

**Attorney and Paralegal Summary**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Withers, C. Knox | 0.20 | $595.00 | $119.00 |
| **Total All Attorneys** | **0.20** | | **$119.00** |



**Plumbers and Steamfitters Local 72 Defined Contribution Fund**          December 7, 2021
**Attn:  Karin Peters**                                                   **Invoice #849371**
**2010 N.W. 150th Avenue**                                                **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of December 7, 2021 in connection with:**

Client   - #35003 - Plumbers and Steamfitters Local 72 Defin
Matter - #4 - Metropolitan Mechanical, Inc.

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 849371 | 12/07/21 | $119.00 | ($0.00) | $119.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                                      **$119.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                     **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                   **Phone: 404-873-8500**
**171 17th Street, NW**                          **Fax: 404-873-8501**
**Suite 2100**                                   **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| **Name of our bank**: | Truist Bank, Atlanta |
| **ABA Bank Routing Number***: | **061000104** |
| **Name of Account to be credited**: | Arnall Golden Gregory LLP |
| **Account Number to be credited**: | **1000095973839** |
| **Reference client name and/or number**: | **35003-4/849371** |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory** LLP

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Retirees** | **September 14, 2021** |
| **Attn: Karin Peters,** | **Invoice #841298** |
| **2010 N.W. 150th Avenue** | |
| **Suite 100** | **Jeffrey D. Gordon** |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35048-8**
**Metropolitan Mechanical, Inc.**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 08/09/21 | C. Withers | 0.20 | Review background documents; draft complaint |
| 08/10/21 | C. Withers | 0.10 | Revise draft complaint; finalize same for filing |
| 08/10/21 | R. Snyder | 0.10 | Communications with K. Withers, S. Samuels regarding new complaint, Certificate of Interested Person and Corporate Disclosure Statement; draft Summons, civil cover sheet; related communications with team |
| 08/11/21 | R. Snyder | 0.20 | Finalize and prepare for entry with court Complaint, Summons, civil cover sheet, Certificate of Interested Persons; communications with K. Withers, S. Samuels regarding filing, service of same |
| 08/11/21 | C. Withers | 0.40 | Work on summons and civil cover sheet; draft certificate of interested persons and corporate disclosure statement; draft correspondence to Secretaries of Labor and Treasury regarding complaint; follow-up work regarding same |
| 08/17/21 | C. Withers | 0.10 | File affidavit of service |
| 08/27/21 | C. Withers | 0.10 | File leave of absence |

| | | |
|---|---|---|
| | **Total Hours** | **1.20** |
| | **Total For Services** | **$619.50** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**Atlanta, GA | Washington, DC**

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**Atlanta Plumbers and Steamfitters Local 72 Retirees**

**Client/Matter #35048-8**

September 14, 2021
Invoice #841298
Jeffrey D. Gordon
Page 2

**EXPENSES:**

VENDOR: SunTrust Bankcard, N.A.; INVOICE#: PCARD-8/12/2021;    100.50
DATE: 8/13/2021.   Georgia Northern District Court on 8/11/21.

**Total Expenses**    **$100.50**

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $619.50 | $100.50 | $720.00 |
| Total Balance Due: | $619.50 | $100.50 | $720.00 |

**Total This Statement**    **$720.00**

### Attorney and Paralegal Summary

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Snyder, Rebecca S. | 0.30 | $280.00 | $84.00 |
| Withers, C. Knox | 0.90 | $595.00 | $535.50 |
| **Total All Attorneys** | **1.20** | | **$619.50** |



**Atlanta Plumbers and Steamfitters Local 72 Retirees**
**Attn:  Karin Peters,**
**2010 N.W. 150th Avenue**
**Suite 100**
**Pembroke Pines, FL 33028**

September 14, 2021
Invoice #841298
Jeffrey D. Gordon

**Invoices Due as of September 14, 2021 in connection with:**

**Client  - #35048 - Atlanta Plumbers and Steamfitters Local**
**Matter - #8 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 841298 | 09/14/21 | $720.00 | ($0.00) | $720.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER** $720.00

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**
**Arnall Golden Gregory, LLP**
**171 17th Street, NW**
**Suite 2100**
**Atlanta, GA 30363**

**For Billing Inquires:**
**Phone: 404-873-8500**
**Fax: 404-873-8501**
**Email: creditremit@agg.com**

**ACH / Wire Instructions:**

Name of our bank:                          Truist Bank, Atlanta
**ABA Bank Routing Number\*:**          **061000104**
Name of Account to be credited:      Arnall Golden Gregory LLP
**Account Number to be credited:**     **1000095973839**
**Reference client name and/or number:**  **35048-8/841298**

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**


**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Retirees** | **October 8, 2021** |
| **Attn:  Karin Peters,** | **Invoice #843744** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35048-8**
**Metropolitan Mechanical, Inc.**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 09/08/21 | J. Gordon | 0.10 | Conference with Knox Withers; phone calls to Harris Hutto and NEBA re: service of process issue |
| 09/14/21 | C. Withers | 0.10 | Follow-up work on Defendant's default and motion to vacate same |
| 09/17/21 | C. Withers | 0.30 | Draft response to motion to vacate default |

|  | | |
|---|---|---|
| **Total Hours** | | **0.50** |
| **Total For Services** | | **$285.50** |

| | <u>Fees</u> | <u>Disbursements</u> | <u>Total</u> |
|---|---|---|---|
| CURRENT CHARGES: | $285.50 | $0.00 | $285.50 |
| Total Balance Due: | $285.50 | $0.00 | $285.50 |
| | | **Total This Statement** | **$285.50** |

**Atlanta Plumbers and Steamfitters Local 72 Retirees**

**Client/Matter #35048-8**

**October 8, 2021**
**Invoice #843744**
**Jeffrey D. Gordon**
**Page 2**

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.10 | $475.00 | $47.50 |
| Withers, C. Knox | 0.40 | $595.00 | $238.00 |
| **Total All Attorneys** | **0.50** |  | **$285.50** |



**Atlanta Plumbers and Steamfitters Local 72 Retirees**　　　　　October 8, 2021
**Attn: Karin Peters,**　　　　　　　　　　　　　　　　　　　　　　**Invoice #843744**
**2010 N.W. 150th Avenue**　　　　　　　　　　　　　　　　　　　**Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of October 8, 2021 in connection with:**

**Client  - #35048 - Atlanta Plumbers and Steamfitters Local**
**Matter - #8 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 843744 | 10/08/21 | $285.50 | ($0.00) | $285.50 |

**TOTAL AMOUNT DUE FOR THIS MATTER**　　　　　　　　　　$285.50

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

---

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**　　　　　　　　　　**For Billing Inquires:**
**Arnall Golden Gregory, LLP**　　　　　　　　　**Phone: 404-873-8500**
**171 17th Street, NW**　　　　　　　　　　　　**Fax: 404-873-8501**
**Suite 2100**　　　　　　　　　　　　　　　　　**Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

| | |
|---|---|
| Name of our bank: | Truist Bank, Atlanta |
| **ABA Bank Routing Number*:** | **061000104** |
| Name of Account to be credited: | Arnall Golden Gregory LLP |
| **Account Number to be credited:** | **1000095973839** |
| Reference client name and/or number: | 35048-8/843744 |

**\*For International wires; SWIFT Code: SNTRUS3A**

---

**Atlanta, GA | Washington, DC**



**Atlanta Plumbers and Steamfitters Local 72 Retirees**
**Attn: Karin Peters,**
**2010 N.W. 150th Avenue**
**Suite 100**
**Pembroke Pines, FL 33028**

**November 4, 2021**
**Invoice #846097**
**Jeffrey D. Gordon**

For Legal Services Rendered In Connection With:

**Client/Matter #35048-8**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/04/21 | J. Gordon | 0.50 | Conference with Knox Withers regarding Metropolitan Mechanical; conference with Trustees regarding default judgment; legal research |
| 10/05/21 | C. Withers | 0.10 | Analysis of Court's order setting aside default and requiring Defendant to answer and deposit $40,000 into the Court's registry by October 19, 2021 |

**Total Hours**      **0.60**

**Total For Services**      **$297.00**

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | $297.00 | $0.00 | $297.00 |
| Total Balance Due: | $297.00 | $0.00 | $297.00 |

**Total This Statement**      **$297.00**

**Atlanta Plumbers and Steamfitters Local 72 Retirees**

**Client/Matter #35048-8**

**November 4, 2021**
**Invoice #846097**
**Jeffrey D. Gordon**
**Page 2**

**Attorney and Paralegal Summary**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Gordon, Jeffrey D. | 0.50 | $475.00 | $237.50 |
| Withers, C. Knox | 0.10 | $595.00 | $59.50 |
| **Total All Attorneys** | **0.60** | | **$297.00** |



**Atlanta Plumbers and Steamfitters Local 72 Retirees**
**Attn:  Karin Peters,**
**2010 N.W. 150th Avenue**
**Suite 100**
**Pembroke Pines, FL 33028**

November 4, 2021
Invoice #846097
Jeffrey D. Gordon

**Invoices Due as of November 4, 2021 in connection with:**

**Client  - #35048 - Atlanta Plumbers and Steamfitters Local**
**Matter - #8 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount  Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 846097 | 11/04/21 | $297.00 | ($0.00) | $297.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**      $297.00

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**
**Arnall Golden Gregory, LLP**
**171 17th Street, NW**
**Suite 2100**
**Atlanta, GA 30363**

**For Billing Inquires:**
**Phone: 404-873-8500**
**Fax: 404-873-8501**
**Email: creditremit@agg.com**

**ACH / Wire Instructions:**

| | |
|---|---|
| Name of our bank: | Truist Bank, Atlanta |
| **ABA Bank Routing Number\*:** | **061000104** |
| Name of Account to be credited: | Arnall Golden Gregory LLP |
| **Account Number to be credited:** | **1000095973839** |
| Reference client name and/or number: | 35048-8/846097 |

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**



**Arnall Golden Gregory LLP**

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Local 72 Retirees** | **December 7, 2021** |
| **Attn: Karin Peters,** | **Invoice #849368** |
| **2010 N.W. 150th Avenue** | **Jeffrey D. Gordon** |
| **Suite 100** | |
| **Pembroke Pines, FL 33028** | |

For Legal Services Rendered In Connection With:

**Client/Matter #35048-8**
**Metropolitan Mechanical, Inc.**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 11/08/21 | C. Withers | 0.20 | Draft and file second motion for entry of default judgment |

| | | |
|---|---|---|
| | **Total Hours** | **0.20** |
| | **Total For Services** | **$119.00** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | $119.00 | $0.00 | $119.00 |
| Total Balance Due: | $119.00 | $0.00 | $119.00 |
| | | **Total This Statement** | **$119.00** |

**Attorney and Paralegal Summary**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Withers, C. Knox | 0.20 | $595.00 | $119.00 |
| **Total All Attorneys** | **0.20** | | **$119.00** |



**Atlanta Plumbers and Steamfitters Local 72 Retirees**          December 7, 2021
**Attn: Karin Peters,**                                          **Invoice #849368**
**2010 N.W. 150th Avenue**                                       **Jeffrey D. Gordon**
**Suite 100**
**Pembroke Pines, FL 33028**

**Invoices Due as of December 7, 2021 in connection with:**

**Client  - #35048 - Atlanta Plumbers and Steamfitters Local**
**Matter - #8 - Metropolitan Mechanical, Inc.**

| Invoice No. | Date | Amount Billed | Amount Received | Amount Outstanding |
|---|---|---|---|---|
| 849368 | 12/07/21 | $119.00 | ($0.00) | $119.00 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                          **$119.00**

**Simplify your remittance by submitting electronically via ACH or Wire Transfer;**

**instructions provided below**

---

**Arnall Golden Gregory LLP Remittance Advice**

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT-THANK YOU**

**Remit Check Payments to:**                    **For Billing Inquires:**
**Arnall Golden Gregory, LLP**                  **Phone: 404-873-8500**
**171 17th Street, NW**                         **Fax: 404-873-8501**
**Suite 2100**                                  **Email: creditremit@agg.com**
**Atlanta, GA 30363**

**ACH / Wire Instructions:**

Name of our bank:                    Truist Bank, Atlanta
**ABA Bank Routing Number*:**        **061000104**
Name of Account to be credited:      Arnall Golden Gregory LLP
**Account Number to be credited:**   **1000095973839**
Reference client name and/or number: **35048-8/849368**

**\*For International wires; SWIFT Code: SNTRUS3A**

**Atlanta, GA | Washington, DC**