IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund, and Terry Newsome, Jr. and Jon Sterling, as Trustees of said Funds,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Metropolitan Mechanical, Inc.,**<br><br>Defendant. | Case No.: 1:21-cv-03263-ELR |

**Default Judgment**

Having considered Plaintiffs' Motion for Entry of Default Judgment Against Defendant Metropolitan Mechanical, Inc. ("Defendant"), submitted pursuant to Fed. R. Civ. P. 55(a), the Proof of Service of Process on Defendant, and the Default entered in this case, being all materials in the record in this civil action, and the applicable law, the Court finds that Defendant failed to file an answer to Plaintiffs' Complaint following lawful service of process, and that Plaintiffs, consequently, are entitled to the monetary judgment for liquidated damages sought by Plaintiffs in their Complaint. Accordingly, it is

17532069v1

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 55(a), Plaintiffs are granted a final judgment by default against Defendant Metropolitan Mechanical, Inc. for monetary damages, as though each and every allegation of the Complaint were supported by credible evidence, in the total sum of $89,645.16 which is comprised of (a) $75,742.66 principal for unpaid Contributions to the Funds; (b) $7,574.27 in statutory liquidated damages; and (c) attorneys' fees of $6,328.23, all as provided by 29 U.S.C. § 1132(g)(2). Post-judgment interest will accrue as provided by law.

So Ordered and Adjudged this ___ day of _____, 20___.

_____
Judge Eleanor L. Ross
United States District Court
Northern District of Georgia

# Certificate of Service

I certify that, on this date, I served Defendant with a copy of the foregoing **Proposed Default Judgment** by electronic filing, which will cause a copy to be delivered to:

> Howard P. Slomka
> Howard Slomka P.C.
> 6400 Powers Ferry Road, N.W.
> Suite 391
> Atlanta, Georgia 30339

January 7, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482

Attorneys for Plaintiffs

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com