IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Atlanta Plumbers and Steamfitters Health and Welfare Fund, Atlanta Plumbers and Steamfitters Retiree Health and Welfare Fund, Atlanta Plumbers and Steamfitters Pension Fund, Plumbers and Steamfitters Local 72 Defined Contribution Fund, and Terry Newsome, Jr. and Jon Sterling, as Trustees of said Funds,** <br><br> Plaintiffs, <br><br> vs. <br><br> **Metropolitan Mechanical, Inc.,** <br><br> Defendant. | Case No.: 1:21-cv-03263-ELR |

**Response to Order to Show Cause**

On January 7, 2022, the Court issued an Order [Doc. 13] directing Plaintiffs to show cause why this case should not be dismissed for want of prosecution not later than January 21, 2022. In response to the Court's Order, Plaintiffs respectfully show this Court that Plaintiffs have this day filed their *Motion for Entry of Default Judgment*, accompanied by a supporting brief, the Declarations of Nicole Firestone and Knox Withers, and a proposed order granting Plaintiffs' Motion.

January 7, 2022.                Respectfully Submitted,

ARNALL GOLDEN GREGORY LLP

*/s/ C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482

Attorneys for Plaintiffs

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com

17613539v1

**Certificate of Service**

I certify that, on this date, I served Defendant with a copy of the foregoing **Response to Order to Show Cause** by electronic filing, which will cause a copy to be delivered to:

>Howard P. Slomka
>Howard Slomka P.C.
>6400 Powers Ferry Road, N.W.
>Suite 391
>Atlanta, Georgia 30339

January 7, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482

Attorneys for Plaintiffs

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
Knox.Withers@agg.com

17613539v1