IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA PLUMBERS AND STEAMFITTERS HEALTH AND WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN MECANICAL, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:21-cv-3263-ELR |

## **DEFAULT JUDGMENT**

The defendant, Metropolitan Mechanical, Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Honorable Eleanor L. Ross, United States District Judge, by order of March 7, 2022, having directed that judgment issue in favor of the plaintiff and against the defendant, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs recover from Defendant the total sum of $93,798.66 which is comprised of (a) $75,742.66 principal for unpaid Contributions to the Funds; (b) $7,574.27 in statutory liquidated damages; and (c) attorneys' fees of $10,481.73, all as provided by 29 U.S.C. § 1132(g)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that post-judgment interest will accrue as provided by law.

Dated at Atlanta, Georgia this 8th day of March, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                By:     s/ Charlotte Diggs
                                        Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
    March 8, 2022
Kevin P. Weimer
Clerk of Court

By: s/ Charlotte Diggs
Deputy Clerk